**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARK SOLOMON,                          ) NO. CV 09-7617-DDP (MAN)
                                       )
                Petitioner,            )
                                       )
        v.                             ) JUDGMENT
                                       )
P.L. VASQUEZ,                          )
                                       )
                Respondent.            )
_____)

        Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

        IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: <u>November 19, 2009</u>.

                                    _____
                                           DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE